IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02563-BNB

MOHAMMED SALEH,

      Plaintiff,

v.

UNITED STATES OF AMERICA,
RON WILEY, Warden, USP-Max,
SARA REVELL, Warden USP,
D. KRIST, SIA,
JOHN DOE,
MICHAEL COLLINS, Unit Manager,
F.N.U. BREAN, Officer, and
CINDY HEIM, ISM,

      Defendants.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

JUN 14 2010

GREGORY C. LANGHAM
CLERK

---

ORDER ASSIGNING CASE

---

      Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the

Court has determined that this case does not appear to be appropriate for summary

dismissal. Therefore, this case is being assigned to District Judge Philip A. Brimmer,

pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix. **See**

D.C.COLO.LCivR 8.2D. Accordingly, it is

      ORDERED that this case shall be assigned to District Judge Philip A. Brimmer,

pursuant to D.C.COLO.LCivR 40.1C.1., and to Magistrate Judge Kristen L. Mix.

DATED June 14, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02563-BNB

Mohammed Saleh
Reg No. 34853-054
US Penitentiary ADX
P.O. Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6|14|10

GREGORY C. LANGHAM, CLERK

By: _____
            Deputy Clerk