IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02563-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA,
RON WILEY, Warden,
SARA REVELL, Warden,
D. KRIST, SIA,
JOHN DOE,
MICHAEL COLLINS, Unit Manager,
F.N.U. BREAN, Officer, and
TERESA HERMAN, ISM,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendants' Motion to Stay Discovery** [Docket No. 42; Filed October 22, 2010] (the "Motion"). On October 22, 2010, the Court *sua sponte* vacated the Preliminary Scheduling Conference set in this matter pending resolution of seven Motions to Dismiss filed by Defendants [Docket No. 43]. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. Until a scheduling conference is held in this matter and discovery parameters and case deadlines are set, discovery is not permitted.

    Dated: October 25, 2010