IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02563-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

RON WILEY, Warden,
SARA REVELL, Warden,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court Plaintiff's **Motion to Allow Service of Defendant [sic] Through the Court's (E.C.F.) System** [Docket No. 62; Filed August 1, 2011] ("Motion No. 62") and **Motion for Extension of Time** [Docket No. 63; Filed August 1, 2011] ("Motion No. 63").

    IT IS HEREBY **ORDERED** that Motion No. 62 is **DENIED**.  Although the Local Rules of this Court recognize the differences between prisoner plaintiffs and other plaintiffs, they do not distinguish between those groups when it comes to service of pleadings.  Plaintiff has not made any arguments that could not also be made by any other incarcerated litigant.  Because only two opposing parties must be served here, and because there is no legal basis for relief from the service requirement, the Court is not convinced that the Motion seeks appropriate relief.

    IT IS HEREBY **ORDERED** that Motion No. 63 is **GRANTED**.  Although Plaintiff does

not specify why he needs an extension of time, the Court assumes that the extension relates to deadlines set forth in Judge Philip A. Brimmer's Order dated July 8, 2011 [Docket No. 61] (1) to file an Amended Complaint and (2) to show cause why Claim Four should not be dismissed as moot.

IT IS FURTHER **ORDERED** that on or before **September 6, 2011**, Plaintiff shall file an Amended Complaint as detailed in Judge Brimmer's Order.  The Amended Complaint shall be submitted on the Court's prisoner complaint form and shall not contain any previously dismissed claims or defendants or new claims.

IT IS FURTHER **ORDERED** that the Clerk shall mail two (2) copies of the prisoner complaint form to Plaintiff in conjunction with this Order.

IT IS FURTHER **ORDERED** that or before **September 6, 2011**, Plaintiff shall show cause why Claim Four should not be dismissed as moot as detailed in Judge Brimmer's Order.

Dated:  August 8, 2011