IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02563-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

RON WILEY, in his Individual Capacity,

    Defendant.

_____

### MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Convert the Scheduling/Planning Conference to a Status Conference and Request for Expedited Ruling** [Docket No. 81; Filed December 6, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED** as follows. The Scheduling Conference set for December 15, 2011, at 10:30 a.m. is **CONVERTED** to a Status Conference.  All dates related to the Scheduling Conference are **VACATED**.  The parties shall be prepared to discuss the status of Defendant's proposed motion for summary judgment and any related discovery issues.

    Dated:  December 6, 2011