**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix**

| | |
|---|---|
| **Civil Action No.: 09-cv-02563-PAB-KLM** | **FTR** - Reporter Deck - Courtroom C-201 |
| | Byron G. Rogers United States Courthouse |
| **Date**: **December 15, 2011** | Courtroom Deputy, Monique Wiles |

MOHAMMED SALEH                                         Edward T. Ramey

    **Plaintiff(s),**

v.

RON WILEY                                                        Susan B. Prose

    **Defendant(s).**

---

### COURTROOM   MINUTES  /  MINUTE   ORDER

**HEARING:   STATUS   CONFERENCE**
**Court in session: 10:42 a.m.**
**Court calls case.  Telephonic appearance of counsel.**

Counsel update the Court on the status of case.

**It is ORDERED:**   Defendant's Unopposed Motion for Leave to File Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies [Doc. No. 84, filed 12/14/2011] is **GRANTED.**  Exhibit 1, Defendant's Motion for Summary Judgment for Failure to Exhaust Administrative Remedies, is deemed filed as of today's date.

**It is ORDERED:**   Defendant shall file a Motion pursuant to 28 U.S.C. §2676 or a Status Report, **on or before JANUARY 6, 2012.**

Plaintiff shall file a response to Defendant's Motion for Summary Judgment Concerning Lack of Exhaustion of Administrative Remedies and any Motion filed by Defendant pursuant to 28 U.S.C. §2676 **on or before FEBRUARY 20, 2012.**

          Defendant shall file a reply to Plaintiff's response **on or before MARCH 4, 2012.**

HEARING CONCLUDED.
**Court in recess: 11:01 a.m.**
Total In-court time:   19 minutes
To order a transcript of this proceeding, contact Avery Woods Reporting at (303) 825-6119.