IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02563-PAB-KLM

MOHAMMED SALEH,

     Plaintiff,

v.

RON WILEY, in his individual capacity,

     Defendant.

---

**ORDER**

---

     This matter is before the Court on the Recommendation of United States Magistrate Judge Kristen L. Mix (the "Recommendation") [Docket No. 99], which recommends that the Court deny the motion for entry of judgment filed by defendant Ron Wiley [Docket No. 90].  On September 24, 2012, the Court accepted the Recommendation of the United States Magistrate Judge [Docket No. 100] and entered summary judgment in favor of defendant Ron Wiley and against plaintiff on his Eighth Amendment Claim [Docket No. 105].  In light of the Court's Order, defendant's motion for entry of judgment [Docket No. 90] on plaintiff's Federal Tort Claims Act claim is moot.

     Accordingly, it is

     **ORDERED** that the Motion for Entry of Judgment on the Federal Tort Claims Act Claim or, in the Alternative, for Judgment on the Pleadings [Docket No. 90] is **DENIED** as moot.  The Court will not review the Recommendation [Docket No. 99] given that it has also been mooted.

DATED September 24, 2012.

                                               BY THE COURT:

                                               s/Philip A. Brimmer
                                               PHILIP A. BRIMMER
                                               United States District Judge