**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  09-cv-02563-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

RON WILEY, in his individual capacity,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (Doc #105) of Judge Philip A. Brimmer entered on September 24, 2012, granting the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies (Docket No. 87), it is

    ORDERED that summary judgment is entered in favor of defendant Ron Wiley and against plaintiff on his Eighth Amendment claim, and the action is dismissed in its entirety.

    DATED at Denver, Colorado this September  26th , 2012.

                                              FOR THE COURT:

                                              JEFFREY P. COLWELL, CLERK

                                              By: s/ Edward P. Butler
                                                  Edward P. Butler
                                                  Deputy Clerk