IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02563-PAB-KLM

MOHAMMED SALEH,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    I.    Pursuant to the Order [Docket No. 105] of Judge Philip A. Brimmer entered on September 24, 2012 it is

**ORDERED** that the Recommendation of United States Magistrate Judge Kristen L. Mix [Docket No. 100] is **ACCEPTED**. It is

**FURTHER ORDERED** that the Motion for Summary Judgment for Failure to Exhaust Administrative Remedies [Docket No. 87] is **GRANTED**. It is

**FURTHER ORDERED** that summary judgment is entered in favor of defendant Ron Wiley and against plaintiff on his Eighth Amendment claim.

    II.    Pursuant to the Order [Docket No. 116] of Judge Philip A. Brimmer entered on April 23, 2013, granting the Joint Motion to Amend the Judgment [Docket No. 115], it is

**ORDERED** that plaintiff's fourth claim for relief in the amended complaint [Docket No. 13] is dismissed with prejudice and judgment is amended accordingly. It is

**FURTHER ORDERED** that judgment is entered in favor of Defendant Ron Wiley and against Plaintiff MOHAMMED SALEH and the action is dismissed in its entirety.

Dated at Denver, Colorado this 25th day of April, 2013.

FOR THE COURT:
GREGORY C. LANGHAM, CLERK

By: s/Edward Butler

Edward Butler
Deputy Clerk